# 1IN THE UNITED STATES COURT FOR
# THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TIMOTHY LINEHAN,<br>on behalf of plaintiff and a class,<br><br>    Plaintiff,<br><br>  vs.<br><br>ALLIANCEONE RECEIVABLES<br>MANAGEMENT, INC.,<br><br>    Defendant. | )<br>)<br>) PRAECIPE<br>)<br>) Case No. 2:15-CV-01012-MAT<br>)<br>)<br>)<br>)<br>)<br>) |

  The plaintiff hereby requests the clerk of the court to withdraw Motion for Class Certification (Docket #8) and Plaintiff's Motion to Enter and Continue Motion for Class Certification (Docket #9).

  DATED this 27th day of July 2015.

                    Respectfully submitted,

                    s/ James A. Sturdevant
                    James A. Sturdevant

James A. Sturdevant
119 North Commercial Street, #920
Bellingham, Washington 98225
(360) 671-2990
(360) 583-5970 (FAX)
WSBA #8016


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Emiliya Gumin Farbstein
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois  60603

PRAECIPE - 1/2

(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

I, James Sturdevant, hereby certify that on July 27, 2015, or as soon thereafter as service may be effectuated, I caused to be filed the foregoing documens via the CM/ECF System and served the foregoing documents via process server on the parties listed below.

s/ James Sturdevant
James Sturdevant

James A. Sturdevant
119 North Commercial Street, #920
Bellingham, Washington 98225
(360) 671-2990
(360) 583-5970 (FAX)
WSBA #8016

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Emiliya Gumin Farbstein
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

PRAECIPE - 2/2