The Honorable John C. Coughenour

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF WASHINGTON
SEATTLE

TIMOTHY LINEHAN, on behalf of Plaintiff and a class

Plaintiff,

v.

ALLIANCEONE RECEIVABLES MANAGEMENT, INC.,

Defendant.

No. C15-1012-JCC
(Consolidated Actions)

NOTICE OF ERRATA

NOTED ON MOTION CALENDAR:
May 20, 2016

PLEASE TAKE NOTICE that consolidated Plaintiffs Mosby, Erickson, Cormier, Ayon, Foutz and Conroy's Reply in Support of Motion for Entry of Order Regarding ESI and Protective Order, and Requesting Status Conference (Dkt. 70) contains an error on page 1, line 18. The word "disagree" should have said "disagreed" to reflect Responding Defendants' initial response to this motion. The word "disagree" (present tense) is inaccurate because it does not reflect Responding Defendants' current position in light of the parties' discussions today regarding the revised confidentiality protective order. *See* Dkt. 70 at 5, line 19, to 6, line 1 & Declaration of Matthew Geyman for Plaintiffs Mosby, Erickson, Cormier, Ayon, Foutz and Conroy's Reply in Support of Motion for Entry of Order Regarding ESI and Protective Order, and Requesting Status

NOTICE OF ERRATA – 1
(NO. C15-1012-JCC)

Columbia Legal Services
101 Yesler Way, Suite 300
Seattle, WA 98104
(206) 287-9661

1 Conference, Dkt. 71, Ex. C-D.  Plaintiffs apologize for this error and any inconvenience it may
2 have caused.
3     DATED this 20th day of May, 2016, at Seattle, Washington.

| BERRY & BECKETT, PLLP | ANTOINETTE M. DAVIS LAW, PLLC |
|---|---|
| By */s/ Guy W. Beckett*<br>Guy W. Beckett, WSBA #14939<br>1708 Bellevue Avenue<br>Seattle, WA 98122<br>Telephone: 206-441-5444<br>Facsimile:  206-838-6346 | By /s/ *Antoinette M. Davis*<br>Antoinette M. Davis, WSBA #29821<br>528 Third Avenue West, Suite 102<br>Seattle, WA 98119<br>Telephone:  206-486-1011<br>Facsimile:  206-905-5910 |
| WILLIAMSON AND WILLIAMS, LLC | COLUMBIA LEGAL SERVICES |
| By /s/ *Rob Williamson*<br>Kim Williams, WSBA #9077<br>Rob Williamson, WSBA #11387<br>2239 W Viewmont Way W<br>Seattle, WA 98199<br>Telephone:  206-294-3085 | By /s/ *Matthew Geyman*<br>Matthew Geyman, WSBA #17544<br>Ann LoGerfo, WSBA #23043<br>101 Yesler Way, Suite 300<br>Seattle, WA 98104<br>Telephone:  206-287-9661<br>Facsimile:  206-382-3386 |

NOTICE OF ERRATA – 2
(NO. C15-1012-JCC)

Columbia Legal Services
101 Yesler Way, Suite 300
Seattle, WA 98104
(206) 287-9661

**CERTIFICATE OF SERVICE**

On May 20, 2016, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification and deliver such filing to the following counsel of record:

>Marc Rosenberg
>Jonathan J. Loch
>LEE SMART, P.S., INC.
>1800 One Convention Place
>701 Pike Street
>Seattle, WA 98101
>(206) 624-7990
>mr@leesmart.com
>jjl@leesmart.com
>
>Kathleen A. Nelson
>Sarah E. Demaree
>LEWIS BRISBOIS BISGAARD & SMITH LLP
>1111 Third Avenue, Suite 2700
>Seattle, WA 98101
>(206) 436-2020
>Kathleen.nelson@lewisbrisbois.com
>Sarah.demaree@lewisbrisbois.com
>
>Jeffrey Edward Bilanko
>Elizabeth K. Morrison
>GORDON & REES LLP
>701 Fifth Avenue, Suite 2100
>Seattle, WA 98104
>(206) 695-5100
>jbilanko@gordonrees.com
>emorrison@gordonrees.com
>
>Christopher E. Hawk
>Anne M. Milligan
>GORDON & REES LLP
>121 SW Morrison, Suite 1575
>Portland, OR 97204
>(503) 222-1075
>chawk@gordonrees.com
>amilligan@gordonrees.com

NOTICE OF ERRATA – 3
(NO. C15-1012-JCC)

Columbia Legal Services
101 Yesler Way, Suite 300
Seattle, WA 98104
(206) 287-9661

| | |
|---|---|
| 1 | Jason L. Woehler, Attorney at Law<br>705 Second Avenue, Suite 605 |
| 2 | Seattle, WA 98104<br>(206) 622-0232 |
| 3 | jlwoehler@aol.com |
| 4 | James Donald Nelson |
| 5 | Natalie Moore<br>Shaina Rhodes Johnson |
| 6 | BETTS PATTERSON MINES<br>One Convention Place, Suite 1400 |
| 7 | 701 Pike Street<br>Seattle, WA 98101 |
| 8 | (206) 292-9988<br>jnelson@bpmlaw.com |
| 9 | nmoore@bpmlaw.com<br>sjohnson@bpmlaw.com |
| 10 | |
| 11 | Daniel A. Edelman<br>EDELMAN, COMBS, LATTURNER & GOODWIN, LLC |
| 12 | 20 S. Clark Street, Suite 1500<br>Chicago, IL 60603 |
| 13 | (312) 739-4200<br>dedelman@edcombs.com |
| 14 | |
| 15 | James A. Sturdevant<br>Law Offices of James Sturdevant |
| 16 | 1119 North Commercial Street, Suite 920<br>Bellingham, WA 98225 |
| 17 | (360) 671-2990<br>sturde@openaccess.org |

*/s/ Matthew Geyman*
Matthew Geyman, WSBA #17544

NOTICE OF ERRATA – 4
(NO. C15-1012-JCC)