The Hon. John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMOTHY LINEHAN, on behalf of Plaintiff and a class,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANCEONE RECEIVABLES MANAGEMENT, INC.,<br><br>Defendant. | Case No. C15-1012-JCC<br>(Consolidated Actions)<br><br>PRAECIPE |

TO: The Clerk of the Court.

On August 18, 2016, Plaintiffs Jones filed the Declaration of Guy W. Beckett. (Dkt. 128). Please substitute the attached document for the document attached as "Exhibit B" to the Declaration of Guy W. Beckett, Dkt. 128.

Dated this 18th day of August, 2016.

BERRY & BECKETT, PLLP

 /s/ Guy Beckett 
Guy W. Beckett, WSBA #14939
Co-Counsel for Plaintiffs Jones

PRAECIPE - 1
(Case No. C15-1012-JCC)



Berry & Beckett PLLP
1708 Bellevue Avenue
Seattle, WA 98122
(206) 441-5444 FAX (206) 838-6346