THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TIMOTHY LINEHAN, on behalf of plaintiff and a class,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ALLIANCEONE RECEIVABLES MANAGEMENT, INC.,<br><br>　　　　　　　Defendant. | CASE NO. C15-1012-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the notice of settlement between Plaintiffs Auxier, Duncan, and Cordova and Defendants Physicians and Dentists Credit Bureau, Inc. and Jason Woehler (Dkt. No. 287). The parties indicate that they will submit a motion for preliminary approval of settlement within 30 days. (*Id.* at 1.) The Clerk is DIRECTED to terminate Plaintiffs' motion for partial summary judgment (Dkt. No. 267).

DATED this 25th day of January 2017.

　　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　s/Paula McNabb
　　　　　　　　　　　　　　　　　　Deputy Clerk