THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMOTHY LINEHAN, on behalf of plaintiff and a class,<br><br>     Plaintiff,<br><br>  v.<br><br>ALLIANCEONE RECEIVABLES MANAGEMENT, INC.,<br><br>     Defendant. | CASE NO. C15-1012-JCC<br><br>MINUTE ORDER |

  The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

  This matter comes before the Court on Plaintiff Timothy Linehan's motion to stay or extend schedule on his motion for class certification (Dkt. No. 277). Linehan seeks to stay or suspend the briefing schedule on his motion while the Ninth Circuit considers the other Plaintiffs' appeal of the denial of class certification. (*Id.* at 1-2.) Defendants respond that Linehan had an opportunity to respond to their motion to dismiss class claims and did not do so. (Dkt. No. 278 at 2.) Defendants further argue that Linehan provides no reason why the outcome of his class certification motion would be any different than the one that was denied. (*Id.*)

  The Court similarly fails to perceive how Linehan's motion would differ from the motion that was denied. But the fact remains that Linehan was granted an individual extension of time to file a class certification motion. (*See* Dkt. No. 151.) It would not be a good use of resources to

force Linehan to file his motion while the appeal of a nearly identical issue was pending.

The motion to stay (Dkt. No. 277) is GRANTED. Linehan's deadline for filing a class certification motion shall be stayed pending the Ninth Circuit's resolution of Plaintiffs' request to appeal the denial of class certification and, if granted, the Ninth Circuit's resolution of that appeal. Linehan shall file notice with the Court within 14 days of such resolution, along with a new proposed motion deadline.

DATED this 26th day of January 2017.

William M. McCool<br>
Clerk of Court<br>
<br>
s/Paula McNabb<br>
Deputy Clerk

MINUTE ORDER, C15-1012-JCC
PAGE - 2