THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TIMOTHY LINEHAN, on behalf of plaintiff and a class,

Plaintiff,

v.

ALLIANCEONE RECEIVABLES MANAGEMENT, INC.,

Defendant.

CASE NO. C15-1012-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On February 28, 2017, Plaintiff Alexandra Anderson moved for partial summary judgment on the liability of Defendants Audit & Adjustment Company and Kimberlee Walker Olsen (Dkt. No. 307). On March 8, 2017 and March 9, 2017, Defendants Audit and Olsen moved for summary judgment asking the Court to dismiss claims against them, including those made by Ms. Anderson (Dkt. Nos. 314, 317).

For the ease of addressing these motions together, Anderson's partial motion for summary judgment (Dkt. No. 307) is hereby RENOTED for Friday, March 31, 2017.

//

//

//

1      DATED this 9th day of March 2017.

2                                                      William M. McCool
                                                       Clerk of Court
3

4                                                      s/Paula McNabb
                                                       Deputy Clerk
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26