The Honorable John C. Coughenour

1

2

3

4

5

6

7            UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
8                   AT SEATTLE

9   TIMOTHY LINEHAN, on behalf of Plaintiff and a     )
    class,                                            )   No. C15-1012-JCC
10                                                     )
                                     Plaintiff,       )   DECLARATION OF JUDGE
11                                                     )   CORINNA HARN IN SUPPORT OF
                 vs.                                   )   KING COUNTY'S MOTION FOR
12                                                     )   SUMMARY JUDGMENT DISMISSAL
    ALLIANCEONE RECEIVEABLES                          )   PURSUANT TO FRCP 56
13  MANAGEMENT, INC.,                                 )
                                                     )
14                                   Defendant.       )
                                                     )
15  _____)

16        I, Corinna Harn, declare under penalty of perjury of the laws of the State of

17  Washington that the following is true and correct:

18        1.      I make this declaration based on my personal knowledge, and I am competent

19  to testify hereto.

20        2.      I have been a King County District Court judge since 1999.  Prior to that I was

21  a judge pro tem in King County District Court and a full-time municipal court judge for the City

22  of Renton.  I have been elected by the other King County District Court judges to the position of

23  presiding judge four times and finished my most recent term in 2014.  I have also held the

DECLARATION OF JUDGE CORINNA HARN IN
SUPPORT OF KING COUNTY'S MOTION FOR SUMMARY
JUDGMENT DISMISSAL PURSUANT TO FRCP 56
CASE NO. C15-1012-JCC - 1

CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

1  position of assistant presiding judge for multiple years and I have been the presiding judge for

2  the South Division of King County District Court.

3         3.     One of the duties of the King County District Court presiding judge is to sign

4  General Administrative Orders (GAOs).  GAOs are generally approved by the District Court's

5  executive committee which is made up of judges from each of the court's divisions.  The GAOs

6  are generally used to address issues that affect a number of cases in a procedural way.  For

7  example, the court has cases where fines are more than ten years old and can no longer be

8  collected.  Rather than issue an order closing each of the cases individually, a GAO might be

9  entered to direct the court clerk to administratively close all the cases falling into this category.

10        4.     GAO 13-10 was the last in a number of GAOs that pre-assigned civil collection

11  cases filed by the highest volume filers to certain divisions of the King County District Court.

12  Each of these GAOs either rescinded or amended the one prior.  So while GAO 13-08 governed

13  the pre-assignment of civil collection cases for part of 2013, it was repealed and replaced by

14  GAO 13-10.  A true and correct copy of GAO 13-10 is attached to this declaration as Exhibit A.

15        5.     As stated in these GAOs, their purpose was to promote prompt and efficient

16  customer service.  The customers referred to in GAO 13-10 and the GAOs that preceded it were

17  all customers of the court – plaintiffs, defendants, witnesses and attorneys.  The GAOs promoted

18  good service to these customers in part by balancing judicial caseload and ensuring that the

19  judges hearing civil cases in each division were able to manage their dockets, reduce the time

20  litigants had to wait for their cases to be called, and minimize the times that criminal cases would

21  take precedence over civil cases.  GAO 13-10 also consolidated cases filed by the highest

22  volume civil collection filers in particular divisions of the court so that the collection agency

23  attorneys could appear for their cases in one location.  This was a benefit to the collection agency

DECLARATION OF JUDGE CORINNA HARN IN
SUPPORT OF KING COUNTY'S MOTION FOR SUMMARY
JUDGMENT DISMISSAL PURSUANT TO FRCP 56
CASE NO. C15-1012-JCC - 2

CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington  98104
(206) 296-0430  Fax (206) 296-8819

1    attorneys, but it also benefited defendants who otherwise might have had to wait for a collection

2    agency attorney to arrive from another division's courthouse for that defendant's case to be

3    heard.

4        6.       These case pre-assignment GAOs are not limited to civil collection cases.  King

5    County District Court has adopted similar orders for other types.  For example, GAO 15-05

6    assigns cases to specific courthouses according to the police agency that files the case.  The

7    purpose behind these types of criminal case consolidations in certain courthouses is similar to the

8    purpose for consolidating civil cases, i.e. the administration of justice is promoted by reducing

9    the number of instances that the court and the parties have to wait for law enforcement or other

10   witnesses or attorneys who may otherwise be scheduled to be at multiple King County District

11   courthouses at the same time.  In criminal cases, this consolidation of cases also promotes public

12   safety as it reduces the amount of time that law enforcement witnesses spend away from their

13   other duties in order to be present in court to testify.

14       7.       Based on the Court's rulings in the present lawsuit brought under the Federal Fair

15   Debt Collection Practices Act, King County District Court stopped enforcing the pre-assignment

16   provisions of GAO 13-10 in 2016.  And on February 8, 2017, Presiding Judge Donna Tucker

17   signed GAO 16-08 rescinding GAO 13-10 in its entirety.  A true and correct copy of GAO 16-08

18   is attached to this declaration as Exhibit B.

19       I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE
     STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.
20
21       Dated this __15th__ day of March, 2017, at Seattle, Washington.

22

                                    _____
                                    JUDGE CORINNA HARN
23                                  King County District Court

DECLARATION OF JUDGE CORINNA HARN IN
SUPPORT OF KING COUNTY'S MOTION FOR SUMMARY
JUDGMENT DISMISSAL PURSUANT TO FRCP 56
CASE NO. C15-1012-JCC - 3

CIVIL DIVISION, Litigation Section
900 King County Administration Building
500 Fourth Avenue
Seattle, Washington 98104
(206) 296-0430  Fax (206) 296-8819