THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMOTHY LINEHAN, on behalf of plaintiff and a class,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ALLIANCEONE RECEIVABLES MANAGEMENT, INC.,<br><br>　　　　　　Defendant. | CASE NO. C15-1012-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Plaintiffs Jones, Root, and Hewardt and Defendants Olsen and Audit & Adjustment Co. have filed a notice of settlement (Dkt. No. 340). Pursuant to this notice, **the Clerk is directed to TERMINATE Docket Numbers 307, 314, 317, and 331.**

Defendants Merchants, Bakke, and Woehler seek to renote their pending summary judgment motion (Dkt. No. 322) for March 31, 2017. (*See* Dkt. No. 341 at 1.) The request is GRANTED. **The Clerk is directed to RENOTE Docket Number 322 for March 31, 2017.** Docket Numbers 335 and 337 shall remain noted for April 7, 2017.

Finally, on March 14, 2017, Plaintiffs Cormier, Erickson, Foutz, Mosby, Simmons, Fernandez, and Rohr-Smith withdrew their motion to dismiss claims (Dkt. No. 302). (*See* Dkt. No. 334 at 1.) There is a pending motion by Defendants Merchants, Bakke, and Woehler for

MINUTE ORDER, C15-1012-JCC
PAGE - 1

relief from the deadline to join the responses to that motion (Dkt. No. 327). Because the motion to dismiss (Dkt. No. 302) has been withdrawn, the motion for untimely joinder (Dkt. No. 327) is moot. **The Clerk is thus directed to TERMINATE Docket Number 327.**

DATED this 17th day of March 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
