THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMOTHY LINEHAN, on behalf of plaintiff and a class, | CASE NO. C15-1012-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ALLIANCEONE RECEIVABLES MANAGEMENT, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Mosby Plaintiffs' request to reset motions for summary judgment (Dkt. No. 346). The Mosby Plaintiffs seek to renote the Merchants Defendants' motion for summary judgment (Dkt. No. 322) and Plaintiff Rohr-Smith's motion for partial summary judgment (Dkt. No. 335) for Friday, April 21, 2017, the same date as the Mosby Plaintiffs' summary judgment motion (Dkt. No. 343). (*See* Dkt. No. 346 at 1.) The Mosby Plaintiffs believe this will facilitate settlement negotiations, permit scheduled depositions to occur, and serve the interests of efficiency and economy. (*Id.* at 2.)

The Court observes the Merchants Defendants' objection (Dkt. No. 347). However, it is the Court's strong preference to address these motions together for the sake of clarity and judicial economy. This is why the Court has twice *sua sponte* renoted the summary judgment

1   motions in this case, in an effort to achieve a common noting date. (*See* Dkt. Nos. 321, 339.)

2          The Court reversed its more recent re-noting at the Merchants Defendants' request,

3   moving their motion (Dkt. No. 322) back to its original noting date of March 31, 2017. (*See* Dkt.

4   No. 342 at 1.) However, contrary to the Merchants Defendants' assertion, this was not because

5   the underlying goal had dissipated. (*See* Dkt. No. 341 at 1; Dkt. No. 347 at 1.) Although some of

6   the pending motions were withdrawn, there were still two motions pending with the later noting

7   date of April 7, 2017. (Dkt. Nos. 335, 337.) Rather, the Court granted the renoting request

8   because counsel had indicated his unavailability during the period of the new noting date. (Dkt.

9   No. 330) (indicating unavailability from April 6 to April 11, 2017).

10         This unavailability is not an issue for the present request to renote the motions for April

11  21, 2017. **Accordingly, that request (Dkt. No. 346) is GRANTED. The Merchants**

12  **Defendants' motion for summary judgment (Dkt. No. 322) and Plaintiff Rohr-Smith's**

13  **motion for partial summary judgment (Dkt. No. 335) shall be RENOTED for Friday, April**

14  **21, 2017.** The motion for summary judgment by Defendant King County (Dkt. No. 337) will

15  remain noted for Friday, April 7, 2017, as the claims and issues there are sufficiently distinct.

16         DATED this 27th day of March 2017.

17                                              William M. McCool
                                                Clerk of Court
18

19                                              s/Paula McNabb
                                                Deputy Clerk
20

21

22

23

24

25

26