THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMOTHY LINEHAN, on behalf of plaintiff and a class,<br><br>            Plaintiff,<br><br>      v.<br><br>ALLIANCEONE RECEIVABLES MANAGEMENT, INC.,<br><br>            Defendant. | CASE NO. C15-1012-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the stipulated motion to extend discovery deadline (Dkt. No. 356) by the Simmons Plaintiffs and Defendant Robert Friedman. The motion is GRANTED. The Court EXTENDS the current discovery deadline of April 14, 2017 to May 15, 2017, as to the Simmons parties only.

DATED this 31st day of March 2017.

<u>William M. McCool</u>
Clerk of Court

<u>s/Paula McNabb</u>
Deputy Clerk