THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMOTHY LINEHAN, on behalf of Plaintiff and a class,<br><br>Plaintiff,<br>v.<br><br>ALLIANCEONE RECEIVABLES MANAGEMENT, INC.,<br><br>Defendant. | CASE NO. C15-1012-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Plaintiffs Portia Jones, Scott Jones, Angela Root, and Alexandra Hewardt and Defendants Kimberlee Walker Olsen and Audit & Adjustment Co., Inc. have filed a stipulation and proposed order of dismissal (Dkt. No. 362). Pursuant to Fed. R. Civ. P. 41(a)(1)(A), this stipulation is self-executing, and all claims asserted by these Plaintiffs against these Defendants are DISMISSED with prejudice and without an award of costs or attorney fees to either party. This order shall have no effect on the claims of the other parties in this consolidated action.

//

//

//

1 | DATED this 4th day of April 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER C15-1012-JCC
PAGE - 2