THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMOTHY LINEHAN, on behalf of Plaintiff and a class,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANCEONE RECEIVABLES MANAGEMENT, INC.,<br><br>Defendant. | CASE NO. C15-1012-JCC<br><br>ORDER GRANTING SUMMARY JUDGMENT |

This matter comes before the Court on the motion for summary judgment dismissal by Defendant King County (Dkt. No. 337). The Court shall grant summary judgment if the moving party shows that there is no genuine dispute as to any material fact and that the moving party is entitled to judgment as a matter of law. Fed. R. Civ. P. 56(a).

King County was joined as a Defendant in these consolidated cases based on Plaintiffs' challenge to the validity of a King County District Court general administrative order (GAO). (Dkt. No. 162 at 15-16.) Based on this Court's determination that the GAO was preempted, (*see* Dkt. No. 26 at 3-4), the King County District Court rescinded the GAO and is no longer enforcing its provisions. (Dkt. No. 337 at 5; Dkt. No. 338 at 3; Dkt. No. 338-1 at 5.) King County thus seeks to be dismissed from this case because it no longer has interest in the GAO and no party has requested relief against King County. (Dkt. No. 337 at 1, 5.)

Plaintiffs do not oppose King County's motion, provided that it confirms it does not intend to resume the challenged practice of using GAOs to assign civil collection cases of certain debt collection agencies and collection attorneys to particular divisions of the King County District Court. (Dkt. No. 360 at 2.) In reply, King County submits a declaration from Presiding Judge Donna Tucker, who states: "As District Court Presiding Judge, I can confirm that the District Court has no present intention of adopting another GAO that would conflict with the current venue requirements of the FDCPA." (Dkt. No. 366 at 2.)

Accordingly, King County's motion for summary judgment (Dkt. No. 337) is GRANTED. King County is DISMISSED with prejudice from each of these consolidated cases. The Clerk is directed to TERMINATE King County as a party in this case.

DATED this 11th day of April 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE