THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMOTHY LINEHAN, on behalf of plaintiff and a class,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANCEONE RECEIVABLES MANAGEMENT, INC.,<br><br>Defendant. | CASE NO. C15-1012-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the notice of settlement between Plaintiffs Theresa Mosby, Kelsey Erickson, Marilynn Cormier, Rebecca Foutz, and Renee Conroy and Defendants Merchants Credit Corporation, Jason Woehler, and Erik Bakke, Jr. (Dkt. No. 372). The parties indicate that they will submit a stipulated dismissal of claims within 30 days. (*Id.* at 1.) Any hearings pertaining to these parties are hereby STRICKEN. The Clerk is DIRECTED to terminate the parties' cross-motions for summary judgment (Dkt. Nos. 322, 343) and the Merchants Defendants' motion to compel (Dkt. No. 348).

//

//

//

DATED this 18th day of April 2017.

                                                  <u>William M. McCool</u>
                                                  Clerk of Court

                                                  <u>s/Paula McNabb</u>
                                                  Deputy Clerk