# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TIMOTHY LINEHAN, on behalf of plaintiff and a class, <br><br> Plaintiff, <br> v. <br><br> ALLIANCEONE RECEIVABLES MANAGEMENT, INC., <br><br> Defendant. | CASE NO. C15-1012-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Plaintiffs Theresa Mosby, Kelsey Erickson, Marilynn Cormier, Rebecca Foutz, and Renee Conroy and Defendants Merchants Credit Corporation, Jason Woehler, and Erik Bakke, Jr. have filed a stipulation and proposed order of dismissal (Dkt. No. 374). Pursuant to Fed. R. Civ. P. 41(a)(1)(A), this stipulation is self-executing, and these claims are DISMISSED with prejudice and without an award of costs or attorney fees to either party.

This dismissal does not affect the claims asserted against Jason Woehler by Joshua Auxier, Gennell Cordova, James Duncan, and Dixie Duncan.

//

//

1       DATED this 26th day of April 2017.

<u>William M. McCool</u><br>
Clerk of Court

s/Paula McNabb<br>
Deputy Clerk