THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TIMOTHY LINEHAN, on behalf of Plaintiff and a class,<br><br>Plaintiff,<br>v.<br><br>ALLIANCEONE RECEIVABLES MANAGEMENT, INC.,<br><br>Defendant. | CASE NO. C15-1012-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Plaintiffs Natalie F. Simmons and Stephen H. Simmons, Katherine A. Rohr-Smith, and Zaldy Fernandez and Defendants Asset Recovery Group, Inc. and Robert S. Friedman have filed a stipulation and proposed order of dismissal (Dkt. No. 390). Pursuant to Fed. R. Civ. P. 41(a)(1)(A), this stipulation is self-executing, and the claims by these Plaintiffs against these Defendants (including those originally asserted in Case No. C16-0794) are DISMISSED with prejudice and without an award of costs or attorney fees to either party.

//

//

//

1  DATED this 24th day of May 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER C15-1012-JCC
PAGE - 2