THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMOTHY LINEHAN, on behalf of Plaintiff and a class, | CASE NO. C15-1012-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ALLIANCEONE RECEIVABLES MANAGEMENT, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Plaintiff Timothy Linehan and Defendant AllianceOne Receivables Management have filed a stipulation and proposed order of dismissal (Dkt. No. 397). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing. Linehan's claims against AllianceOne are DISMISSED with prejudice and without an award of costs or attorney fees to either party. The class action claims are DISMISSED without prejudice. The Court retains jurisdiction over the above-captioned case and the terms of the settlement thereof.

//

//

//

MINUTE ORDER [CASE #]
PAGE - 1

DATED this 10th day of August 2017.

<u>William M. McCool</u>  
Clerk of Court

<u>s/Paula McNabb</u>  
Deputy Clerk